# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Garrett,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Ister LLC and Elodia Khoury,<br><br>　　　　　Defendants. | No. CV-19-05529-PHX-SMB<br><br>**ORDER** |

　　The Court has received Plaintiff's Motion to Dismiss [Doc. 32],

　　IT IS ORDERED dismissing this case with prejudice and vacating the status conference scheduled for February 12, 2020.

　　Dated this 30th day of January, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge